IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 13-cv-02275-AP

FRANCINE RODRIGUEZ,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Joseph A. Whitcompb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Boulevard, Suite 705
Denver, Colorado 80204
303-534-1954
303-534-1949 (facsimile)
Joe@RMDLG.com

For Defendant:
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:     August 23, 2013**

    **B.     Date Complaint Was Served on U.S. Attorney's Office:  December 18, 2013**

    **C.     Date Answer and Administrative Record Were Filed:  February 18, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.     Plaintiff's Opening Brief Due:         May 7, 2014**

    **B.     Defendant's Response Brief Due:        June 6, 2014**

    **C.     Plaintiff's Reply Brief (If Any) Due:   July 1, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:**     Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**    Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>10th</u> day of <u>March</u>, 20<u>14</u>.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

/s/ Joseph A. Whitcomb
By: Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204

/s/ Christina J. Valerio
By: Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel

303-534-1954  
joe@RMDLG.com

Region VIII  
1961 Stout, Suite 4169  
Denver, CO 80294  
Telephone: (303) 844-7348  
Facsimile: (303) 844-0770  
Christina.valerio@ssa.gov