**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02275-WJM

FRANCINE RODRIGUEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Commissioner's Denial of Benefits, entered by the Honorable William J. Martínez, United States District Judge, on October 29, 2014,

IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED.

IT IS FURTHER ORDERED that Judgment is entered in favor of Defendant and this case is closed.

Dated at Denver, Colorado this 30th day of October 2014.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Deborah Hansen
    Deborah Hansen, Deputy Clerk